IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MARY SCOTT, Individually, as Executrix
for the Estate of MATTIE MOORE, and on
Behalf of the Wrongful Death Beneficiaries
of MATTIE MOORE                                                                                   PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:12CV358 CWR-FKB

MANHATTAN NURSING & REHABILITATION
CENTER, LLC; MANHATTAN NURSING &
REHABILITATION CENTER; AURORA
HEALTHCARE, LLC; AURORA CARES, LLC;
Robert Forbes, M.D.; Corporations A-G;
Jane Does A-G; and John Does A-G                                                        DEFENDANTS

**STIPULATION OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Mary Scott, stipulates and agrees to a dismissal without prejudice of all claims against the Defendants, Aurora Healthcare, LLC, Aurora Cares, LLC, and Manhattan Nursing and Rehabilitation Center. Additionally, Robert Forbes, M.D., is no longer a defendant to this litigation, as he was dismissed by stipulation of the parties while this case was pending in the Circuit Court of Hinds County, Mississippi.

Manhattan Nursing and Rehabilitation Center, LLC is the only remaining defendant to this civil action.

This 20th day of August, 2012.

_/s/ J. Howard Thigpen_
HOWARD THIGPEN

*COUNSEL FOR MARY SCOTT*


_/s/ Brad C. Moody_
BRAD C. MOODY

*COUNSEL FOR AURORA HEALTHCARE, LLC AND AURORA CARES, LLC*