**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**MARY SCOTT, Individually, as Executrix for the
Estate of MATTIE MOORE, and on Behalf of the
Wrongful Death Beneficiaries of MATTIE MOORE**                      **PLAINTIFF**

**v.**                                                                                           **NO. 3:12-CV-358-CWR-FKB**

**MANHATTAN NURSING & REHABILITATION
CENTER, LLC; MANHATTAN NURSING &
REHABILITATION CENTER; AURORA                                         DEFENDANTS
HEALTHCARE, LLC; AURORA CARES, LLC;
Robert Forbes, M.D.; Corporations A-G; Jane Does
A-G; and John Does A-G**

## FINAL JUDGMENT

On September 9, 2013, the Court granted Defendant Manhattan Nursing & Rehabilitation

Center's Motion for Summary Judgment [Docket No. 31], in an Order [Docket No. 52], adopted

fully herein by reference, which disposes of the case's merits in favor of Manhattan Nursing &

Rehabilitation Center.  A Final Judgment is now appropriate.

Therefore, judgment is rendered in favor of Manhattan Nursing & Rehabilitation Center,

and this matter is dismissed with prejudice.

**SO ORDERED**, this the 9th day of September, 2013.

                                                                    s/ Carlton W. Reeves
                                                        _____
                                                        UNITED STATES DISTRICT JUDGE